UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ALONZIE C. LOGAN, JR., )
 )
    Plaintiff, )
 )
     v. )   NO. 3:11-0485
 )   Judge Haynes/Bryant
HENDERSONVILLE HOSPITAL CORP., )
 )
    Defendant. )

### O R D E R

Judge Haynes' Chambers has advised the Magistrate Judge's office that this case is set for a bench trial on **November 13, 2012, at 9:00 a.m.,** with a final pretrial conference on **October 29, 2012, at 3:00 p.m.**

Judge Haynes will issue a separate order setting out his requirements for both the trial and final pretrial conference at a later date.

It is so **ORDERED**.

                                                s/ John S. Bryant
                                                JOHN S. BRYANT
                                                United States Magistrate Judge