IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ALONZIE C. LOGAN, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) NO. 3:11-0485 |
| v. | ) JUDGE HAYNES |
| | ) |
| HENDERSONVILLE MEDICAL CENTER, | ) |
| | ) |
| Defendant. | ) |

# ORDER

Before the Court is Plaintiff's request to continue this action citing his illness and delay in getting his meal. (Docket Entry No. 31). Plaintiff received the Report and Recommendation on July 18, 2012. (Docket Entry No. 33). Court entered an Order of dismissal that did not rely upon the Report and Recommendation (Docket Entry No. 34). In an abundance of caution, Plaintiff has 20 days from entry of this Order to state why this action should not be dismissed with prejudice for his failures to respond to the Defendant's motion to dismiss (Docket Entry No. 26) and to the Magistrate Judge's Report and Recommendation.

It is so **ORDERED**.

ENTERED this the 9th day of August, 2012.

WILLIAM J. HAYNES, JR.
Chief District Judge